```
                         United States Bankruptcy Court
                          Eastern District of New York
```

In re:                                                      Case No. 16-41165-cec
John J DiScala                                              Chapter 7
Danyelle R DiScala
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0207-1          User: admin              Page 1 of 1              Date Rcvd: Jun 20, 2016
                              Form ID: 268             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2016.
db/jdb         +John J DiScala,   Danyelle R DiScala,   41 Gloria Court,   Staten Island, NY 10302-2227

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Jun 20 2016 18:22:43
                 Office of the United States Trustee,   Eastern District of NY (Brooklyn Office),
                 U.S. Federal Office Building,   201 Varick Street, Suite 1006,   New York, NY 10014-9449
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2016 at the address(es) listed below:
              Gregory Messer    gremesser@aol.com,   lduc@aol.com,gmesser@messer-law.com,
               mwilliams@messer-law.com,ny54@ecfcbis.com
              Kevin B Zazzera    on behalf of Joint Debtor Danyelle R DiScala kzazz007@yahoo.com
              Kevin B Zazzera    on behalf of Debtor John J DiScala kzazz007@yahoo.com
              Mark R Bernstein    on behalf of Creditor   Wells Fargo Bank, N.A. mbernstein@flwlaw.com,
               jspiegelman@flwlaw.com;plamberti@flwlaw.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                             TOTAL: 5

# United States Bankruptcy Court

Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−16−41165−cec |
| John J DiScala | Danyelle R DiScala |
| | aka Danyelle R Orlando |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 7 |
| xxx−xx−8014 | xxx−xx−8861 |
| DEBTOR(s) | |

**NOTICE OF NO CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE**

Notice is hereby given that:

The above−named debtor(s) has not filed a Certification About A Financial Management Course or Official Form 423 in accordance with Bankruptcy Rules 1007(b)(7) and 1007(c).

Unless the aforementioned Certificate or Official Form 423 is filed by July 5, 2016 , this case may be closed with no discharge of debtor(s) having been entered.

Notice is further given that if the debtor(s) subsequently file(s) a Motion to Reopen the case to allow for the filing of the Certification About a Financial Management Course, the debtor(s) must pay the full filing fee due for filing such a motion.

Dated: June 20, 2016

                                                    For the Court, Robert A. Gavin, Jr., Clerk of Court