# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 06/20/2016 |
| Case: 1−16−41230−nhl | Form ID: 268 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
tr    Alan Nisselson    anisselson@windelsmarx.com
aty   Kevin B Zazzera   kzazz007@yahoo.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Steven F DeMaio    108 Springfield Ave    Staten Island, NY 10314
jdb   Alyssa A DeMaio    108 Springfield Ave    Staten Island, NY 10314
smg   Office of the United States Trustee    Eastern District of NY (Brooklyn Office)    U.S. Federal Office Building    201 Varick Street, Suite 1006    New York, NY 10014

TOTAL: 3