| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **John J DiScala** | Social Security number or ITIN **xxx–xx–8014** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Danyelle R DiScala** | Social Security number or ITIN **xxx–xx–8861** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of New York 271–C Cadman Plaza East, Suite 1595 Brooklyn, NY 11201–1800 | | |
| Case number:   **1–16–41165–cec** | | Chapter:   **7** |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Gregory Messer (Trustee) is discharged as trustee of the estate of the above–named debtor(s).

- The Chapter 7 case of the above–named debtor(s) is closed.

s/ Carla E. Craig
United States Bankruptcy Judge

Dated: August 8, 2016

**BLfnld7** [Final Decree 7 rev 12/01/15]