# Notice Recipients

| District/Off: 0207−1 | User: admin | Date Created: 08/08/2016 |
|---|---|---|
| Case: 1−16−41165−cec | Form ID: 205 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
tr      Gregory Messer      gremesser@aol.com
aty      Kevin B Zazzera      kzazz007@yahoo.com

                                                                                                                          TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      John J DiScala      41 Gloria Court      Staten Island, NY 10302
jdb      Danyelle R DiScala      41 Gloria Court      Staten Island, NY 10302
smg      Office of the United States Trustee      Eastern District of NY (Brooklyn Office)      U.S. Federal Office Building      201 Varick Street, Suite 1006      New York, NY 10014

                                                                                                                          TOTAL: 3